# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**DAVID RUFFIN,**                               :

    **Plaintiff**                                 :

    v.                                              :     **CIVIL ACTION NO. 3:16-1082**

**C.O. GILEEN, et al.,**                        :         (Judge Mannion)

    **Defendants**                            :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **GRANTED** solely for the purpose of filing the complaint.

2. Plaintiff's complaint (Doc. 1) is **DISMISSED** without prejudice as legally frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

                                            s/ *Malachy E. Mannion*
                                            **MALACHY E. MANNION**
                                            **United States District Judge**

**Dated:** July 11, 2016
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1082-01-ORDER.wpd